Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.: 17−20107−SLM
                  Chapter: 13
                  Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gail E Joyiens−Salam
    aka Gail E Joyiens, dba JS Transcription
    Services
    1334 Pierce Street
    Rahway, NJ 07065

Social Security No.:
    xxx−xx−9060

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      1/2/18
Time:      02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman
Debtor's Attorney

COMMISSION OR FEES
$7,451.54

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 5, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-20107-SLM
Gail E Joyiens-Salam                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Dec 05, 2017
                              Form ID: 137               Total Noticed: 49

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db             +Gail E Joyiens-Salam,    1334 Pierce Street,    Rahway, NJ 07065-3932
516830211      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516830210      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516830217       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
516830218      +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
516830219      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
516830220      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
516830221     ++FIRST HORIZON HOME LOANS,     6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
               (address filed with court: First Horizon Home Loans,      4000 Horizon Way,    Irving, TX 75063)
516830223      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516830222       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516920781      +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516830225      +Harrison Endo Center,     PO Box 947,    Chambersburg, PA 17201-0947
516830228      +KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,     Westmont, NJ 08108-2812
516830227       Kessler,    PO Box 826775,    Philadelphia, PA 19182-6775
516830229      +Liss Pharmacy,    407 Springfield Avenue,    Summit, NJ 07901-2614
517029503      +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
516830230      +Midland Mortgage/Midfirst,     999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
516830231      +NJ HomeKeeper,    637 S. Clinton Avenue,    P.O. Box 118550,    Trenton, NJ 08611-1811
516830232      +NJ Housing & Mortgage Finance,     637 So. Clinton Ave,    Trenton, NJ 08611-1811
516830235      +Quality Asset Recovery,     7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516830234      +Quality Asset Recovery,     Po Box 239,    Gibbsboro, NJ 08026-0239
516830240       Rushmore Service Center,     PO Box 5508,    Sioux Falls, SD 57117-5508
516936366      +SANTANDER CONSUMER USA,     P.O. Box 560284,    Dallas, TX 75356-0284
517018396     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,      Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516830241      +Santander Consumer USA,     Po Box 961245,    Ft Worth, TX 76161-0244
516830244      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
516830246       TransUnion Consumer Solutions,     P.O. Box 2000,    Crum Lynne, PA 19022
516830247      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
516864060      +U.S. Department of Housing,     and Urban Development,    451 7th St. S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2017 23:06:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2017 23:06:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516830201       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 05 2017 23:06:40      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
516864089       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 05 2017 23:06:40      Acura Financial Services,
                 P.O. Box 168088,    Irving, TX 75016-8088
516830209       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 05 2017 23:06:40      American Honda Finance,
                 P.O. Box 7829,    Philadelphia, PA 19101-7829
516830212      +E-mail/Text: bankruptcy@certifiedcollection.com Dec 05 2017 23:06:16
                 Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
516830215      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 05 2017 23:10:32      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516830216      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 05 2017 23:10:33      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516830224      +E-mail/Text: bankruptcy@sccompanies.com Dec 05 2017 23:07:39      Ginnys/Swiss Colony Inc,
                 1112 7th Ave,    Monroe, WI 53566-1364
516830226       E-mail/Text: cio.bncmail@irs.gov Dec 05 2017 23:05:58      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
517060627      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2017 23:06:28      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516830233      +E-mail/Text: janicemorgan@optimum.net Dec 05 2017 23:07:33      PDAB, Inc.,
                 66 Ford Road - Suite 114,    Denville, NJ 07834-1300
517055433      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 05 2017 23:06:45      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
516830236      +E-mail/Text: bkrpt@retrievalmasters.com Dec 05 2017 23:06:27      Retrieval Masters Cred. Bur.,
                 2269 South Saw Mill Road,    Elmsford, NY 10523-3832
516830238      +E-mail/Text: bkrpt@retrievalmasters.com Dec 05 2017 23:06:27
                 Retrieval Masters Credit Bureau,    P.O. Box 1235,    Elmsford, NY 10523-0935
516830237      +E-mail/Text: bkrpt@retrievalmasters.com Dec 05 2017 23:06:27
                 Retrieval Masters Credit Bureau,    P.O. Box 1238,    Elmsford, NY 10523-0938
516830239      +E-mail/Text: bkrpt@retrievalmasters.com Dec 05 2017 23:06:27
                 Retrieval-Master Creditor Bureau,    4 Westchester Plaza,    Elmsford, NY 10523-1616
516830242      +E-mail/Text: bankruptcy@sccompanies.com Dec 05 2017 23:07:39      Seventh Avenue,
                 Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Dec 05, 2017
                              Form ID: 137             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516830243      +E-mail/Text: bankruptcy@sccompanies.com Dec 05 2017 23:07:39     Seventh Avenue,   1112 7th Ave,
                 Monroe, WI 53566-1364
516830245      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 23:10:46      Synchrony Bank,   P.O. Box 960061,
                 Orlando, FL 32896-0061
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516830202*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    Po Box 168088,   Irving, TX 75016)
516830203*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    Po Box 168088,   Irving, TX 75016)
516830204*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    Po Box 168088,   Irving, TX 75016)
516830205*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                  Wilmington, DE 19808)
516830206*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                  Wilmington, DE 19808)
516830207*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                  Wilmington, DE 19808)
516830208*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                  Wilmington, DE 19808)
516830213*     +Certified Credit & Collection Bureau,    P.O. Box 336,   Raritan, NJ 08869-0336
516830214*     +Certified Credit & Collection Bureau,    P.O. Box 336,   Raritan, NJ 08869-0336
                                                                                      TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:
```
              Clifford B. Frish    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              David G. Beslow    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```