**Order Filed on June 6, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gail E. Joyiens-Salam

| | |
|---|---|
| Case No.: | 17-20107 |
| Chapter: | 13 |
| Hearing Date: | May 23, 2018 |
| Judge: | Stacey L. Meisel |

**ORDER DENYING FEE APPLICATION WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: June 6, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor: Gail E. Joyiens-Salam
Case No.: 17-20107
Caption of Order: Order Denying Fee Application Without Prejudice

**THIS MATTER** having been brought before the Court on a *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee* ("**Application**") (Docket No. 53) by Goldman & Beslow, LLC ("**Counsel**"), attorneys for debtor Gail E. Joyiens-Salam; this Court finds:

**WHEREAS** the Application fails to state the purpose of the two additional court appearances, both apparently on March 14, 2018, for which Counsel seeks compensation (*see* Docket No. 53 at 2);

It is hereby

**ORDERED** that the Application is DENIED, without prejudice.