**Order Filed on June 6, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:



Gail E. Joyiens-Salam

| | |
|---|---|
| Case No.: | 17-20107 |
| Chapter: | 13 |
| Hearing Date: | May 23, 2018 |
| Judge: | Stacey L. Meisel |

## ORDER DENYING FEE APPLICATION WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through _____2_____ is
**ORDERED**.


**DATED: June 6, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2

| | |
|---|---|
| Debtor: | Gail E. Joyiens-Salam |
| Case No.: | 17-20107 |
| Caption of Order: | Order Denying Fee Application Without Prejudice |

**THIS MATTER** having been brought before the Court on a *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee* ("**Application**") (Docket No. 53) by Goldman & Beslow, LLC ("**Counsel**"), attorneys for debtor Gail E. Joyiens-Salam; this Court finds:

**WHEREAS** the Application fails to state the purpose of the two additional court appearances, both apparently on March 14, 2018, for which Counsel seeks compensation (*see* Docket No. 53 at 2);

It is hereby

**ORDERED** that the Application is DENIED, without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-20107-SLM
Gail E Joyiens-Salam                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Jun 06, 2018
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             +Gail E Joyiens-Salam,   1334 Pierce Street,   Rahway, NJ 07065-3932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:   _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
          Clifford B. Frish   on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          David G. Beslow   on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation d/b/a Acura
           Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Mark Goldman   on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 7