UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

Attorneys for Debtor(s) Gail E. Joyiens-Salam

Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

**Gail E. Joyiens-Salam**

Debtor

Case No.: 17-20107

Chapter:   13

Judge:    SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 26, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor(s): Gail E. Joyiens-Salam
Case No.: 17-20107/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1,300.00 for services rendered and expenses in the amount of $_0__ for a total of $1,300.00 of which $400.00_ has already been received by said attorney and of which the balance of $900.00 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

_X_ through the Chapter 13 Plan as an administrative priority.

___ outside the plan.

The debtor's monthly plan is modified to require a payment of $ __n/a___ per month for ___months to allow for payment of the aforesaid fee.