| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    GAIL E JOYIENS-SALAM |

Order Filed on July 5, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  17-20107 SLM

Hearing Date:  6/27/2018

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 5, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): GAIL E JOYIENS-SALAM

Case No.: 17-20107

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/27/2018 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office or file a modified plan by 7/5/2018 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 7/11/2018 at 9:00 AM.