| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 16, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br>    GAIL E JOYIENS-SALAM | Case No.:  17-20107<br><br>Hearing Date:  10/10/2018<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: October 16, 2018

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  GAIL E JOYIENS-SALAM

Case No.:  17-20107SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/10/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/10/2018 of the plan filed on 07/06/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/24/2018 or the case will be dismissed; and it is further

ORDERED, that Debtor must file a motion to participate in Loss Mitigation program by 10/24/18 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.