**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**2** Valuation of Security        **0** Assumption of Executory Contract or Unexpired Lease        **2** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## New Jersey

In Re:   **Gail E Joyiens-Salam**             Case No.:   **17-20107**
                                              Judge:      **SLM**
                Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original              ☑ Modified/Notice Required         Date:   10/23/2018
☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **DGB**    Initial Debtor: **GEJ**    Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The debtor has paid $10,800.00 to date, and shall pay **400.00 Monthly** to the Chapter 13 Trustee, starting in **November 2018** for approximately **19** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☐ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☑ Loan modification with respect to mortgage encumbering property:
  Description: 1334 Pierce Street, Rahway, New Jersey
  Proposed date for completion: within 6 months of confirmation

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection                    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Goldman & Beslow LLC** | **Attorney fees** | unknown |
| **Marie Ann Greenberg, Chapter 13 Trustee** | **Trustee commissions** | unknown |
| **Internal Revenue Service** | **Taxes and certain other debts** | 0.00 |
| **State of New Jersey** | **Taxes and certain other debts** | 0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Midfirst Bank** | 1st mortgage arrears (pre-petition and post-filing) | $48,989.59 | n/a | paid outside through loan mod | adequate protection per loss mitigation order |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **New Jersey Homekeepers** | **2nd mortgage - 1334 Pierce Street Rahway, NJ 07065 Union County** | $45,000.00 | $225,000.00 | $458,446.07 | $225,000.00 | n/a | **to be stripped off and treated as fully unsecured per order confirming plan entered 3/16/18** |
| **US Dept. of Housing and Urban Development** | **3rd mortgage - 1334 Pierce Street Rahway, NJ 07065 Union County** | $96,779.24 | $225,000.00 | $303,446.07 | $225,000.00 | n/a | **to be stripped off and treated as fully unsecured per order confirming plan entered 3/16/18** |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

<u>Creditor</u>

**Santander - Auto Loan**
**American Honda - Auto Lease**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

**Part 5:  Unsecured Claims** ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases    ☐ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| American Honda | None | Auto Lease | Assume | Ongoing payments |

**Part 7: Motions    ☐ NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

5

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **New Jersey Homekeepers** | 2nd mortgage - 1344 Pierce Street, Rahway NJ07065 | $45,000.00 | $225,000.00 | $258,446.07 | no value | Entire lien to be stripped off and treated as fully unsecured as per order confirming plan entered 3/16/18 |
| **US Dept. of Housing and Urban Development** | 3rd mortgage - 1334 Pierce Street, Rahway NJ 07065 | $45,000.00 | $225,000.00 | $258,446.07 | no value | Entire lien to be stripped off and treated as fully unsecured as per order confirming plan entered 3/16/18 |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: 7/6/2018 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Debtor unable to cure arrears and will apply for loan modification** | **Changing plan from cure to relying upon loan modification** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **October 23, 2018**    /s/ Gail E Joyiens-Salam
                              **Gail E Joyiens-Salam**
                              Debtor

Date: _____    _____
                              Joint Debtor

Date **October 23, 2018**    /s/ David Beslow, Esq.
                              **David Beslow, Esq. 5300**
                              Attorney for the Debtor(s)

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                      Case No. 17-20107-SLM
Gail E Joyiens-Salam                                                        Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2               Date Rcvd: Oct 24, 2018
                               Form ID: pdf901             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Gail E Joyiens-Salam,    1334 Pierce Street,    Rahway, NJ 07065-3932
cr             +American Honda Finance Corporation d/b/a Acura Fin,     P.O. Box 168088,    Irving, TX 75016-8088
516830211      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516830210      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516830217       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
516830218      +Equifax Credit Info. Services,Inc.,     P.O. Box 740241,    Atlanta, GA 30374-0241
516830219      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
516830220      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
516830221     ++FIRST HORIZON HOME LOANS,     6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
               (address filed with court:    First Horizon Home Loans,     4000 Horizon Way,    Irving, TX 75063)
516830222       First Premier Bank,     601 S Minneaplois Ave,    Dious FDalls, SD 57104
516830223      +First Premier Bank,     601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516830225      +Harrison Endo Center,     PO Box 947,   Chambersburg, PA 17201-0947
516830228      +KML Law Group, P.C.,     216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516830227       Kessler,    PO Box 826775,    Philadelphia, PA 19182-6775
516830229      +Liss Pharmacy,    407 Springfield Avenue,     Summit, NJ 07901-2614
517029503      +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
516830230      +Midland Mortgage/Midfirst,     999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
516830231      +NJ HomeKeeper,    637 S. Clinton Avenue,     P.O. Box 118550,    Trenton, NJ 08611-1811
516830232      +NJ Housing & Mortgage Finance,     637 So. Clinton Ave,    Trenton, NJ 08611-1811
516830235      +Quality Asset Recovery,     7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516830234      +Quality Asset Recovery,     Po Box 239,    Gibbsboro, NJ 08026-0239
516830239      +Retrieval-Master Creditor Bureau,     4 Westchester Plaza,     Elmsford, NY 10523-1616
516830240       Rushmore Service Center,     PO Box 5508,    Sioux Falls, SD 57117-5508
516936366      +SANTANDER CONSUMER USA,     P.O. Box 560284,    Dallas, TX 75356-0284
517018396     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516830241      +Santander Consumer USA,     Po Box 961245,    Ft Worth, TX 76161-0244
516830244      +State of New Jersey,    Division of Taxation,    50 Barrack Street,     P.O. Box 269,
                 Trenton, NJ 08602-0269
516830246       TransUnion Consumer Solutions,     P.O. Box 2000,    Crum Lynne, PA 19022
516830247      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
516864060      +U.S. Department of Housing,     and Urban Development,    451 7th St. S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 00:26:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 00:26:00      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516830209       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 25 2018 00:26:11      American Honda Finance,
                 P.O. Box 7829,    Philadelphia, PA 19101-7829
516830201       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 25 2018 00:26:11      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
516864089       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 25 2018 00:26:11      Acura Financial Services,
                 P.O. Box 168088,    Irving, TX 75016-8088
516830212      +E-mail/Text: bankruptcy@certifiedcollection.com Oct 25 2018 00:25:51
                 Certified Credit & Collection Bureau,     P.O. Box 336,    Raritan, NJ 08869-0336
516830215      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 25 2018 00:31:22       Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
516830216      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 25 2018 00:30:54       Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516920781      +E-mail/Text: bankruptcy@sccompanies.com Oct 25 2018 00:27:07      Ginny's,
                 c/o Creditors Bankruptcy Service,     P.O. Box 800849,    Dallas, TX 75380-0849
516830224      +E-mail/Text: bankruptcy@sccompanies.com Oct 25 2018 00:27:07      Ginnys/Swiss Colony Inc,
                 1112 7th Ave,    Monroe, WI 53566-1364
516830226      +E-mail/Text: cio.bncmail@irs.gov Oct 25 2018 00:25:29      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
517060627      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2018 00:25:59      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516830233      +E-mail/Text: janicemorgan@optimum.net Oct 25 2018 00:27:00      PDAB, Inc.,
                 66 Ford Road - Suite 114,    Denville, NJ 07834-1300
517055433      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 25 2018 00:26:17      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
516830236      +E-mail/Text: bkrpt@retrievalmasters.com Oct 25 2018 00:25:58      Retrieval Masters Cred. Bur.,
                 2269 South Saw Mill Road,    Elmsford, NY 10523-3832
516830238      +E-mail/Text: bkrpt@retrievalmasters.com Oct 25 2018 00:25:58
                 Retrieval Masters Credit Bureau,     P.O. Box 1235,    Elmsford, NY 10523-0935
516830237      +E-mail/Text: bkrpt@retrievalmasters.com Oct 25 2018 00:25:58
                 Retrieval Masters Credit Bureau,     P.O. Box 1238,    Elmsford, NY 10523-0938
```

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Oct 24, 2018
                              Form ID: pdf901          Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516830242       +E-mail/Text: bankruptcy@sccompanies.com Oct 25 2018 00:27:07     Seventh Avenue,
                 Seventh Avenue, Inc,   1112 7th Ave,   Monroe, WI 53566-1364
516830243       +E-mail/Text: bankruptcy@sccompanies.com Oct 25 2018 00:27:07     Seventh Avenue,   1112 7th Ave,
                 Monroe, WI 53566-1364
516830245       +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 08:43:37       Synchrony Bank,   P.O. Box 960061,
                 Orlando, FL 32896-0061
                                                                                            TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516830202*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,   Po Box 168088,   Irving, TX 75016)
516830203*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,   Po Box 168088,   Irving, TX 75016)
516830204*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,   Po Box 168088,   Irving, TX 75016)
516830205*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,   201 Little Falls Dr,
                 Wilmington, DE 19808)
516830206*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,   201 Little Falls Dr,
                 Wilmington, DE 19808)
516830207*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,   201 Little Falls Dr,
                 Wilmington, DE 19808)
516830208*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,   201 Little Falls Dr,
                 Wilmington, DE 19808)
516830213*      +Certified Credit & Collection Bureau,   P.O. Box 336,   Raritan, NJ 08869-0336
516830214*      +Certified Credit & Collection Bureau,   P.O. Box 336,   Raritan, NJ 08869-0336
                                                                                     TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
```
         Clifford B. Frish    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
          cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
          bestcase.com
         David G. Beslow    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation d/b/a Acura
          Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Mark  Goldman    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```