UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Clifford B. Frish, Esq. #CBF-2541
Attorney(s) for Debtor

**Order Filed on November 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

GAIL E. JOYIENS-SALAM

| | |
|---|---|
| Case No.: | 17-20107 |
| Chapter: | 13 |
| Judge: | SLM |

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 6/13/2017 _____ :

Property:      1334 Pierce Street, Rahway, NJ

Creditor:      MidFirst Mortgage

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ debtor _____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 1/31/2019 _____ .

The Loss Mitigation Period is terminated, effective _____ .