| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** GOLDMAN & BESLOW LLC Attorneys at Law 7 Glenwood Avenue Suite 311B East Orange, New Jersey 07017 (973) 677-9000 (phone) (973) 675-5886 (fax) David G. Beslow, Esq. DGB-5300 Attorney for Debtor, Gail Joyiens-Salam | | |
| In Re: GAIL JOYIENS-SALAM | Case No.: Judge: Chapter: | 17-20107 SLM 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Midfirst Bank_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer)**:
This office represents the Debtor in the above referenced bankruptcy case. Our office has attempted to reach out to the Debtor to prepare opposition prior to today's deadline. We respectfully request that the Court schedule a hearing on this matter. In the meantime we will continue to reach out to the Debtor in an attempt to have formal opposition filed prior to the hearing date.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: June 27, 2019

/S/ David G. Beslow, Esq.
Debtor's Signature

Date: =

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*