| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 24, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br>     GAIL E JOYIENS-SALAM | Case No.:  17-20107<br><br>Hearing Date:  10/23/2019<br><br>Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 24, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): GAIL E JOYIENS-SALAM

Case No.: 17-20107SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/23/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/23/2019 of the plan filed on 09/18/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 11/06/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.