Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                       Case No.: 17–20107–SLM  
                       Chapter: 13  
                       Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Gail E Joyiens–Salam  
    aka Gail E Joyiens, dba JS Transcription  
    Services  
    1334 Pierce Street  
    Rahway, NJ 07065

Social Security No.:  
    xxx–xx–9060

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on January 24, 2019.

    On 11/01/2019 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                December 11, 2019  
Time:               08:30 AM  
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 4, 2019  
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-20107-SLM
Gail E Joyiens-Salam                                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 2                Date Rcvd: Nov 04, 2019
                               Form ID: 185                 Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
```
db             +Gail E Joyiens-Salam,   1334 Pierce Street,   Rahway, NJ 07065-3932
cr             +American Honda Finance Corporation d/b/a Acura Fin,    P.O. Box 168088,   Irving, TX 75016-8088
cr             +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
516830211      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516830210      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516830217       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
516830218      +Equifax Credit Info. Services,Inc.,   P.O. Box 740241,   Atlanta, GA 30374-0241
516830220      +Experian,   P.O. Box 4500,   Allen, TX 75013-1311
516830219      +Experian,   P.O. Box 2002,   Allen, TX 75013-2002
516830221     ++FIRST HORIZON HOME LOANS,   6363 N STATE HWY 161,   SUITE 300,   IRVING TX 75038-2231
               (address filed with court:  First Horizon Home Loans,   4000 Horizon Way,   Irving, TX 75063)
516830222       First Premier Bank,   601 S Minneaplois Ave,   Dious FDalls, SD 57104
516830223      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
516830225      +Harrison Endo Center,   PO Box 947,   Chambersburg, PA 17201-0947
516830228      +KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
516830227       Kessler,   PO Box 826775,   Philadelphia, PA 19182-6775
516830229      +Liss Pharmacy,   407 Springfield Avenue,   Summit, NJ 07901-2614
517029503      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
516830230      +Midland Mortgage/Midfirst,   999 NW Grand Blvd.,   Oklahoma City, OK 73118-6051
516830231      +NJ HomeKeeper,   637 S. Clinton Avenue,   P.O. Box 118550,   Trenton, NJ 08611-1811
516830232      +NJ Housing & Mortgage Finance,   637 So. Clinton Ave,   Trenton, NJ 08611-1811
516830235      +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
516830234      +Quality Asset Recovery,   Po Box 239,   Gibbsboro, NJ 08026-0239
516830240       Rushmore Service Center,   PO Box 5508,   Sioux Falls, SD 57117-5508
516936366      +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
517018396     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of Treasury,
                Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
516830241      +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
516830244      +State of New Jersey,   Division of Taxation,   50 Barrack Street,   P.O. Box 269,
                Trenton, NJ 08602-0269
516830246       TransUnion Consumer Solutions,   P.O. Box 2000,   Crum Lynne, PA 19022
516830247      +TransUnion LLC,   2 Baldwin Place,   PO Box 1000,   Chester, PA 19016-1000
516864060      +U.S. Department of Housing,   and Urban Development,   451 7th St. S.W.,
                Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2019 00:26:04     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:26:00     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516830209       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 05 2019 00:26:13     American Honda Finance,
                P.O. Box 7829,   Philadelphia, PA 19101-7829
516830201       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 05 2019 00:26:13     American Honda Finance,
                Po Box 168088,   Irving, TX 75016
516864089       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 05 2019 00:26:13     Acura Financial Services,
                P.O. Box 168088,   Irving, TX 75016-8088
516830212      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 05 2019 00:25:51
                Certified Credit & Collection Bureau,   P.O. Box 336,   Raritan, NJ 08869-0336
516830215      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 05 2019 00:33:36     Credit One Bank Na,
                Po Box 98873,   Las Vegas, NV 89193-8873
516830216      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 05 2019 00:33:35     Credit One Bank Na,
                Po Box 98875,   Las Vegas, NV 89193-8875
516920781      +E-mail/Text: bankruptcy@sccompanies.com Nov 05 2019 00:26:54     Ginny's,
                c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516830224      +E-mail/Text: bankruptcy@sccompanies.com Nov 05 2019 00:26:54     Ginnys/Swiss Colony Inc,
                1112 7th Ave,   Monroe, WI 53566-1364
516830226       E-mail/Text: cio.bncmail@irs.gov Nov 05 2019 00:25:30     Internal Revenue Service,
                P.O. Box 21126,   Philadelphia, PA 19114-0326
517060627      ++E-mail/Text: bankruptcydpt@mcmcg.com Nov 05 2019 00:25:59     MIDLAND FUNDING LLC,
                PO BOX 2011,   WARREN, MI 48090-2011
516830233      +E-mail/Text: janicemorgan@optimum.net Nov 05 2019 00:26:48     PDAB, Inc.,
                66 Ford Road - Suite 114,   Denville, NJ 07834-1300
517055433      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2019 00:26:19     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
516830236      +E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2019 00:25:59     Retrieval Masters Cred. Bur.,
                2269 South Saw Mill Road,   Elmsford, NY 10523-3832
516830238      +E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2019 00:25:59
                Retrieval Masters Credit Bureau,   P.O. Box 1235,   Elmsford, NY 10523-0935
516830237      +E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2019 00:25:59
                Retrieval Masters Credit Bureau,   P.O. Box 1238,   Elmsford, NY 10523-0938
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2019
                              Form ID: 185             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516830239       +E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2019 00:25:59
                 Retrieval-Master Creditor Bureau,    4 Westchester Plaza,    Elmsford, NY 10523-1616
516830242       +E-mail/Text: bankruptcy@sccompanies.com Nov 05 2019 00:26:54     Seventh Avenue,
                 Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
516830243       +E-mail/Text: bankruptcy@sccompanies.com Nov 05 2019 00:26:54     Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
516830245       +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 00:34:47     Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
                                                                                                TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516830208*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
516830202*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    Po Box 168088,    Irving, TX 75016)
516830203*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    Po Box 168088,    Irving, TX 75016)
516830204*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    Po Box 168088,    Irving, TX 75016)
516830205*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
516830206*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
516830207*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
516830213*      +Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
516830214*      +Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
                                                                                   TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
         Clifford B. Frish    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
          cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
          bestcase.com
         David G. Beslow    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
          Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Mark Goldman    on behalf of Debtor Gail E Joyiens-Salam yrodriguez@goldmanlaw.org,
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```